**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1554**

MONICA JEFFRIES,

                Plaintiff - Appellant,

        v.

GAYLORD   ENTERTAINMENT;   GAYLORD   NATIONAL   RESORT   AND
CONVENTION CENTER,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter  J.  Messitte,  Senior  District
Judge.  (8:10-cv-00691-PJM; 8:10-cv-02418-PJM)

Submitted:  August 22, 2013            Decided:  August 26, 2013

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monica Jeffries, Appellant Pro Se.  Jay Paul Holland, Levi S.
Zaslow, JOSEPH, GREENWALD & LAAKE, PA, Greenbelt, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Jeffries appeals from the district court's judgment in Defendants' favor on her disability discrimination and retaliation claims, brought pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101 to 12213 (West 2005 & Supp. 2013). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Jeffries v. Gaylord Entm't, Nos. 8:10-cv-00691-PJM, 8:10-cv-02418-PJM (D. Md. Mar. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED